# EXHIBIT A

| DISCOVERY PLAN WORKSHEET<br>Magistrate Judge Tiscione | |
|---|---|
| **Phase I (Pre-Settlement Discovery)** | |
| **Deadline for completion of Rule 26(a) initial disclosures and HIPAA-compliant records authorizations:** | April 14, 2023 |
| **Completion date for Phase I Discovery as agreed upon by the parties:**<br>*(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | June 9, 2023 |
| **Date for initial settlement conference:**<br>*(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | June 23, 2023 |
| **Phase II (Discovery and Motion Practice)** | |
| **Motion to join new parties or amend the pleadings:**<br>*(Presumptively 15 days post initial settlement conference)* | July 7, 2023 |
| **First requests for production of documents and for interrogatories due by:**<br>*(Presumptively 15 days post joining/amending)* | July 21, 2023 |
| **All fact discovery completed by:**<br>*(Presumptively 3.5 months post first requests for documents/interrogatories)* | November 3, 2023 |
| **Exchange of expert reports completed by:**<br>*(Presumptively 30 days post fact discovery)* | December 2, 2023 |
| **Expert depositions completed by:**<br>*(Presumptively 30 days post expert reports)* | January 5, 2024 |
| **COMPLETION OF ALL DISCOVERY BY:**<br>*(Presumptively 9 months after Initial Conference)* | January 10, 2024 |
| **Final date to take first step in dispositive motion practice:**<br>*(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | February 9, 2024 |
| **Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8?** | No |