# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4612
MY EMAIL ADDRESS IS: Kathryn.Barry@jacksonlewis.com

June 26, 2023

**VIA ECF**

Honorable Steven Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  *Amy Greco v. SCO Family of Services,*
Case No. 21-cv-06417 (GRB)(ST)

Dear Magistrate Judge Tiscione:

As counsel for Defendant SCO Family of Services in the above referenced matter, we write pursuant to Rule I(D) of Your Honor's Individual Practice Rules to request an adjournment of the settlement conference presently scheduled for June 30, 2023.  This is the parties' first request for an adjournment of the settlement conference.  Undersigned counsel is unavailable on June 30, 2023, due to the unexpected closure of her son's daycare facility. We apologize for any inconvenience.  Plaintiff's counsel consents to this request, and both parties are available on July 21, 2023 for a rescheduled conference.

We appreciate Your Honor's consideration of this submission and are available to provide any further information that may be necessary.

Respectfully submitted,

JACKSON LEWIS P.C.

*Kathryn J. Barry*

Kathryn J. Barry

KJB/ISB
cc:   Joshua Gittleman, Plaintiff's Counsel (via ECF)

4856-3058-6988, v. 2